# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JENNIFER STARK, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:11-cv-01364 |
| vs. ) | |
| ) | Honorable Robert M. Dow, Jr. |
| BANANA REPUBLIC, LLC, ) | |
| ) | Magistrate Judge Maria Valdez |
| Defendant. ) | |
| ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jen Stark, by and through her undersigned counsel, hereby dismisses with prejudice all claims in this action against Banana Republic LLC and waives all appeals from the dismissal of this action pursuant to this Notice of Dismissal.

Dated: April 26, 2011
Chicago, Illinois

JAYARAM LAW GROUP

By: /s/ Vivek Jayaram, Esq.
Vivek Jayaram
Attorney No. 6284388
150 N. Michigan Ave., Suite 2800
Chicago, IL 60601
Tel.: (312) 454-2859
Fax: (312) 624-7701
vivek@jayaramlaw.com

*Attorney for Plaintiff Jennifer Stark*

{F0785266.1 }